UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| LATAIA DESHAUN RONEY ) | |
| ) | CASE NO. 21-52826-PMB |
| DEBTOR ) | |
| ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT REQUESTING DISMISSAL
FOLLOWING CONFIRMATION HEARING ON JULY 15, 2021**

At the hearing on Confirmation on July 15, 2021, the Trustee announced an agreement that the Debtor would do the following within ten (10) days: convert the instant case to Chapter 7. Upon failure of the Debtor to comply with the above, Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

1. The Trustee has received no Notice of Conversion.

**As the Debtor has failed to comply with the agreement, please enter an Order of Dismissal if the case has not been converted to Chapter 7.**

Dated: July 30, 2021.

Respectfully Submitted,

/s/ _____
Taylor S. Mansell
GA Bar No. 940461
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| LATAIA DESHAUN RONEY ) | |
| ) | CASE NO. 21-52826-PMB |
| DEBTOR ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this day electronically filed the foregoing Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of these documents and an accompanying link to these documents to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey    cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Richard C. Dean    rdean@mindspring.com, bankruptcy@deanlawfirm.org
Karen King    myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com
Karen King    myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com

    I further certify that on this day I caused a copy of these documents to be served via United States First Class Mail with adequate postage prepaid with adequate postage prepaid on the following parties set forth below at the address shown for each:

DEBTOR:

Lataia Deshaun Roney
3224 Valley Brook Place
Apt 3213
Decatur, GA  30033

Dated: July 30, 2021.

/s/
_____
Taylor S. Mansell
GA Bar No. 940461
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450